IN THE UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

DAVID WARE, M.D.                                                             PLAINTIFF

V.                      CASE NO. 09-CV-4045

SIGNATURE MEDICAL PARK
HOSPITAL, L.L.C. d/b/a MEDICAL
PARK HOSPITAL                                            DEFENDANT

## **ORDER**

Before the Court is Plaintiff David Ware's Objections to Notice of Removal and Motion to Remand to State Court. (Doc. 4). By letter dated May 20, 2009, the parties have informed the Court that they agree that this matter should be remanded to the Circuit Court, Second Division, of Hempstead County, Arkansas. Upon consideration of the parties agreement, the Court finds that Plaintiff's Motion to Remand should be and hereby is **GRANTED.** This matter is hereby remanded to the Circuit Court, Second Division, of Hempstead County, Arkansas for proper adjudication of the issues in this case.

IT IS SO ORDERED, this 22nd day of May, 2009.

                                                                              /s/ Harry F. Barnes
                                                                              Hon. Harry F. Barnes
                                                                              United States District Judge